WALTER F. MCCALEB v. FROHMAN AMUSEMENT CORPORATION and

Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.